Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Todd M. Swensen
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 11 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZEBULION IAN LISTER and<br>MIRANDA LOUISE WAHL,<br><br>Defendants. | 1:22-CR-2006-SMJ<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 922(a)(6),<br>924(a)(2)<br>False Statement During Purchase<br>of a Firearm<br>(Count 1)<br><br>18 U.S.C. §§ 922(g)(1),<br>924(a)(2)<br>Felon in Possession of a<br>Firearm<br><br>18 U.S.C. § 924(d),<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about August 1, 2021, in the Eastern District of Washington, the Defendant, MIRANDA LOUISE WAHL, in connection with the acquisition of a firearm, to wit: a Taurus Armas PT111 G2 A pistol, bearing serial number ACA447674, from Cabela's, a licensed dealer of firearms within the meaning of

INDICTMENT - 1

Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Cabela's, which statement was intended and likely to deceive Cabela's as to a material fact to the lawfulness of such sale of the said firearm to the Defendant under Chapter 44 of Title 18, in that the Defendant did represent on a Department of Justice, Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Section 21.a., that the Defendant was the actual buyer of said firearm and not acquiring said firearm on behalf of another person, in violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2).

## COUNT 2

On or about August 9, 2021, in the Eastern District of Washington, the Defendant, ZEBULION IAN LISTER, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Taurus Armas PT111 G2 A pistol, bearing serial number ACA447674, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), as set for in Count 1 of this Indictment, or in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in Count 2 of this Indictment, Defendants, MIRANDA LOUISE WAHL (Count 1), and ZEBULION IAN LISTER (Count 2), shall forfeit to the United States of America, any firearm involved or used in the commission of the offense.

INDICTMENT - 2

If any forfeitable property, as a result of any act or omission of the Defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 11th day of January 2022

                                                A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Todd M. Swensen*
Todd M. Swensen
Assistant United States Attorney

INDICTMENT - 3