# CHARGES AND PENALTIES

**CASE NAME:** ZEBULION IAN LISTER   **CASE NO.** 1:22-CR-2006-SMJ-1

TOTAL # OF COUNTS: 1   ✓ FELONY   ☐ MISDEMEANOR   ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jan 11, 2022
SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 2 | 18 U.S.C. §§ 922(g)(1), 924(a)(2) | Felon in Possession of a Firearm | CAG not more than 10 years imprisonment, and/or $250,000 fine, up to 3 years of supervised release, and a $100 special penalty assessment. |
|  | 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) | Forfeiture Allegations |  |