# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
## Yakima

**USA v. ZEBULION IAN LISTER**  Case No.  **1:22-CR-2006-MKD-1**

**Arraignment/Initial Appearance and Detention Hearing on Indictment:**    02/27/2023

- ☒ Pam Howard, Courtroom Deputy [video]
- ☒ Tonia Ramirez, Courtroom Deputy [Y]
- ☒ Erica Helms, US Probation / Pretrial Services Officer
- ☒ Defendant present ☒ in custody USM ☐ out of custody

- ☒ Todd Swensen, US Atty
- ☒ Nick Mirr, Defense Atty
- ☒ Interpreter **NOT REQUIRED**
- ☐ Defendant not present / failed to appear

---

- ☒ USA Motion for Detention
- ☐ USA not seeking detention
- ☒ Financial Affidavit (CJA 23) filed
- ☒ The Court will appoint the Federal Defenders
- ☐ Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney
- ☐ PRE-Trial Services Report ordered
- ☐ AO Advice of Penalties/Sanctions filed

- ☒ Rights given
- ☒ Acknowledgment of Rights filed
- ☒ Defendant received copy of charging document
- ☒ Defendant waived reading of charging document
- ☐ Charging document read in open court
- ☐ POST Pre-Trial Services Report ordered

# REMARKS

The Defendant appeared and acknowledged to the Court that their true and correct name is: ZEBULION IAN LISTER.

Defendant was assisted by counsel and advised of their rights and the allegations contained in the charging document.

"Not guilty" plea entered.

Discovery to be provided pursuant to the local rule on discovery.

**DETENTION HEARING:**

USA argues there are no combination of conditions to ensure the appearance of Defendant or the safety of community and would proffer the pretrial services bail report.

USA proffers the allegations that led to this charge and that Defendant repeatedly obtains firearms. USA argues Defendant has numerous failures to appear or comply. USA has objections to the proposed residences.

Defense argues Defendant's criminal history is mostly driving and theft cases and does not see any assault convictions.

Court colloquy with Defense regarding Defendant's history.

Defense proposes GPS home detention and his mother and step-father are present and indicate he can reside with him. Defense advised Geno Lister is no longer residing there.

Court colloquy with the parties regarding the arrest date and offense date of a prior charge.

**The Court ordered:**
1. USA's Motion for Detention is granted.  There are no combination of conditions to ensure the safety of the community.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.
3. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.  Order forthcoming.