

Nick Mirr
Federal Defenders of Eastern Washington and Idaho
306 E. Chestnut Ave.
Yakima, Washington 98901
509.248.8920
Attorney for Zebulion Ian Lister

# United States District Court
## Eastern District of Washington
### Honorable Mary K. Dimke

| | |
|---|---|
| United States,<br><br>            Plaintiff,<br><br>      v.<br><br>Zebulion Ian Lister,<br><br>            Defendant. | No. 1:22-CR-2006-MKD-1<br><br>Notice of Appearance |

Please take notice that Nick Mirr of the Federal Defenders of Eastern Washington and Idaho hereby enters his appearance as counsel of record in this matter. All future correspondence and court filings should be forwarded directly to the address listed above.

Dated: February 28, 2023.

Federal Defenders of Eastern Washington & Idaho
Attorneys for Zebulion Ian Lister

s/ Nick Mirr
Nick Mirr, AT0014467
Iowa State Bar Ass'n
306 E. Chestnut Ave.
Yakima, Washington 98901
t: (509) 248-8920
nick_mirr@fd.org

Service Certificate

I certify that on February 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Todd Swensen.

s/ Nick Mirr
Nick Mirr, AT0014467
Iowa State Bar Ass'n
306 E. Chestnut Ave.
Yakima, Washington 98901
t: (509) 248-8920
nick_mirr@fd.org