# Nick Mirr

| | |
|---|---|
| **From:** | Jose Zepeda |
| **Sent:** | Wednesday, April 5, 2023 3:50 PM |
| **To:** | Nick Mirr |
| **Subject:** | Lister, Zeb |

Nick,

Just spoke with Shawna from Merit. She has a bed date for Lister for April 20th at The Center in Wenatchee. He will need to transportation. If I recall, I think mom will do it.

Jose Zepeda
Social Worker-Mitigation Specialist
Federal Defenders of Eastern WA&ID
Tel: (509) 248-8920
Fax: (509) 248-9118