# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Yakima

**USA v. ZEBULION IAN LISTER**  Case No. 1:22-CR-2006-MKD-1

**Defendant's Motion to Reopen Detention Hearing:**  04/14/2023

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Todd Swensen, US Atty |
| | | ☒ | Nick Mirr, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Additional Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

Defense counsel argued why there are conditions which justify reconsidering the issues of detention and that such conditions will reasonably assure Defendant's appearance as required.

Defense proffers Defendant's mother and step-father can transport Defendant to and from The Center in Wenatchee for treatment.

Defense proposes Defendant return to custody after treatment or pending further order of the Court and proposes conditions of release.

Court colloquy with Defense regarding the pending municipal court warrants. Defense advised they are non-extraditable warrants.

USA advised US Probation opposes release. USA advised he would stand on the prior argument and finding of the Court that Defendant poses a danger to the community. USA argues Defendant has demonstrated a past history of not complying with court orders.

**The Court ordered:**
1. Defendant's Motion to Reopen Detention is **denied**.
2. The Court ruled that it will abide by its earlier determination.
3. Defendant shall be detained by the U.S. Marshal until further order of the Court.