UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ZEBULION IAN LISTER,<br><br>    Defendant. | NO: 1:22-CR-2006-MKD-1<br><br>DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE |

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within seventy (70) days after the Indictment was filed or my arrest, whichever was later. My attorney has also advised me that a continuance of the trial is needed and we have discussed the reasons for the continuance. A motion to continue the trial date has been or will be filed. I ask this Court to grant the motion and reset the trial from its current date of May 8, 2023 to a date no later than August 14, 2023 for the following reasons pursuant to 18 U.S.C. § 3161:  to continue to review discovery, to continue to conduct investigation, and to continue to discuss and evaluate all aspects of my case with my attorney, including my options for resolving this case, up to and including trial.

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN
SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE ~ 1

I understand that if the Court grants the motion to continue, all time between the date the motion was filed and the new trial date will be excluded from the speedy trial calculations pursuant to the Speedy Trial Act.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Defendant

Date: 4/13/23

I have read this form and discussed its contents with my client.

_____
Counsel for Defendant

Date: 4/14/23

I have translated this form into a language in which the Defendant is conversant. If questions have arisen, I have notified the Defendant's counsel of the questions and have not offered any advice nor personal opinions.

_____
Interpreter

Date: _____