

Nick Mirr
Federal Defenders of Eastern Washington and Idaho
306 E. Chestnut Ave.
Yakima, Washington 98901
509.248.8920
Attorney for Zebulion Ian Lister

# United States District Court
## Eastern District of Washington
### Honorable Mary K. Dimke

| | |
|---|---|
| United States,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Zebulion Ian Lister,<br><br>　　　　　　Defendant. | No. 1:22-CR-2006-MKD-1<br><br>Joint Proposed Case Management Deadlines |

Zebulion Ian Lister, by and through his attorney, and the government, submits the following Joint Proposed Case Management Deadlines:

| | |
|---|---|
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | June 20, 2023 |
| **PRETRIAL CONFERENCE** *Deadline for motions to continue trial* | July 11, 2023<br>11:30 A.M. – YAKIMA |
| CI's identities, and willingness to be interviewed disclosed to Defendant | July 17, 2023 |
| Grand jury transcripts disclosed to Defendants:<br>    Case Agent<br>    CIs<br>    Other witnesses | <br><br>July 17, 2023<br>July 17, 2023<br>July 17, 2023 |
| Exhibit lists filed and emailed to Court | July 24, 2023 |
| Witness lists filed and emailed to Court | July 24, 2023 |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to Court | July 17, 2023 |
| Exhibit Binders delivered to parties and to the Court | July 24, 2023 |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | July 24, 2023 |
| Trial notices filed with the Court | July 24, 2023 |
| Technology readiness meeting (in-person) | July 24, 2023 |
| **JURY TRIAL** | July 31, 2023<br>9:00 A.M. – YAKIMA |

Dated: April 14, 2023.

                    Federal Defenders of Eastern Washington & Idaho
                    Attorneys for Zebulion Ian Lister

                    <u>s/ Nick Mirr</u>
                    Nick Mirr, AT0014467
                    Iowa State Bar Ass'n
                    306 E. Chestnut Ave.
                    Yakima, Washington 98901
                    t: (509) 248-8920
                    nick_mirr@fd.org

## Service Certificate

I certify that on April 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Todd Swensen.

                    <u>s/ Nick Mirr</u>
                    Nick Mirr, AT0014467
                    Iowa State Bar Ass'n
                    306 E. Chestnut Ave.
                    Yakima, Washington 98901
                    t: (509) 248-8920
                    nick_mirr@fd.org