

Nick Mirr
Federal Defenders of Eastern Washington and Idaho
306 E. Chestnut Ave.
Yakima, Washington 98901
509.248.8920
Attorney for Zebulion Ian Lister

# United States District Court
## Eastern District of Washington
### Honorable Mary K. Dimke

| | |
|---|---|
| United States, | No. 1:22-CR-2006-MKD-1 |
| Plaintiff, | Motion to Expedite |
| v. | |
| Zebulion Ian Lister, | April 14, 2023 – 6:30 p.m. |
| Defendant. | Yakima—Without Oral Argument |

Zebulion Ian Lister, by and through his attorney, Nick Mirr, for the Federal Defenders of Eastern Washington and Idaho, hereby moves this Court to consider on an expedited basis his Motion to Continue Trial and to Set New Pretrial Conference and Related Deadlines. For the reasons stated in Mr. Lister's motion, and because the Government has no objection, Mr. Lister respectfully requests that the Court hear this matter on an expedited basis pursuant to LCrR 12(c)(3).

Dated: April 14, 2023.

    Federal Defenders of Eastern Washington & Idaho
    Attorneys for Zebulion Ian Lister

    s/ Nick Mirr
    Nick Mirr, AT0014467
    Iowa State Bar Ass'n
    306 E. Chestnut Ave.
    Yakima, Washington 98901
    t: (509) 248-8920
    nick_mirr@fd.org

Service Certificate

I certify that on April 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Todd Swensen.

<u>s/ Nick Mirr</u>
Nick Mirr, AT0014467
Iowa State Bar Ass'n
306 E. Chestnut Ave.
Yakima, Washington 98901
t: (509) 248-8920
nick_mirr@fd.org