# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ZEBULION IAN LISTER, <br><br> Defendant. | **Case No.** 1:22-CR-2006-MKD-1 <br><br> **CRIMINAL MINUTES** <br><br> **DATE:** 4/18/2023 <br><br> **LOCATION:** Yakima <br><br> **PRETRIAL CONFERENCE** |

| JUDGE MARY K DIMKE | | | |
|---|---|---|---|
| Linda Hansen | LC 03 | | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Todd Swenson | | Nick Mirr | |
| **Government Counsel** | | **Defense Counsel** | |

**[ X ] Open Court**   **[  ] Probation:**

Defendant is present in the courtroom with counsel and in custody of the US Marshal.

Defendant has filed a Motion to Continue at ECF No. 70. Mr. Mirr addressed the Court regarding the basis for the motion to continue. Mr. Swenson confirmed there is no objection by the Government.

The Court engaged the Defendant in a colloquy regarding his rights to a speedy trial. Defendant completed a waiver of speedy trial, which is filed at ECF No. 71.

The Court GRANTED the motion for continuance, making ends of justice findings.
The Trial of 5/8/2023 is STRICKEN and RESET to **7/31/2023 in Yakima**.
A Pretrial Conference will be set for **7/11/2023 at 11:30 a.m. in Yakima.**
Pretrial Motions will be due 6/13/2023.
Expert Disclosures will be due on 5/30/2023.

Defendant is remanded to the custody of the US Marshal.

| CONVENED: 11:08 AM | ADJOURNED: 11:12 AM | TIME: 4 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|