PROB 12C
(6/16)

Report Date: July 1, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2025

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Zebulion Ian Lister | Case Number: 0980 1:22CR02006-MKD-1 |
| Address of Offender: ███████████████ Yakima, Washington 98902 | |
| Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge | |
| Date of Original Sentence: May 7, 2024 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Bree R. Black Horse | Date Supervision Commenced: April 3, 2025 |
| Defense Attorney: Dan Bruce Johnson | Date Supervision Expires: April 2, 2028 |

### PETITIONING THE COURT

To issue a summons.

On April 7, 2025, a probation officer met with Mr. Lister and reviewed the conditions of supervision as outlined in the judgment. Mr. Lister indicated he understood the conditions of supervision, signed the judgment, and was provided with a copy of the document.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Lister is considered to be in violation of his supervised release by consuming methamphetamine and fentanyl on June 22, 2025.<br><br>On June 23, 2025, Mr. Lister reported to the probation office and provided a presumptive positive drug test for the presence of methamphetamine and fentanyl. After he was confronted with the positive test results, he admitted to consuming methamphetamine and fentanyl on June 22, 2025. Mr. Listed signed a drug use admission form. |

    2    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Lister is considered to be in violation of his supervised release by consuming methamphetamine on June 23, 2025.

        On June 26, 2025, Mr. Lister reported to the probation office and was unable to provide a drug test. During the contact, Mr. Lister stated he last used methamphetamine on June 23, 2025, after he left the probation office.

        After the office visit was concluded, Mr. Lister and this officer walked over to Triumph Treatment Services (Triumph) and scheduled a substance abuse assessment for June 30, 2025, at 10 a.m.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 1, 2025

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

### THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

July 1, 2025
Date