PROB 12C
(6/16)

Report Date: July 10, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Zebulion Ian Lister                    Case Number: 0980 1:22CR02006-MKD-1

Address of Offender:                      Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: May 7, 2024

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:   Prison - 30 months            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:  Bree R. Black Horse          Date Supervision Commenced: April 3, 2025

Defense Attorney:     Dan Bruce Johnson            Date Supervision Expires: April 2, 2028

### PETITIONING THE COURT

To incorporate the violations contained in this petition with the violations previously reported to the Court on July 1, 2025.

On April 7, 2025, a probation officer met with Mr. Lister and reviewed the conditions of supervision as outlined in the judgment. Mr. Lister indicated he understood the conditions of supervision, signed the judgment, and was provided with a copy of the document.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Lister is considered to be in violation of his supervised release by consuming methamphetamine on or about July 1, 2025.

On July 3, 2025, Mr. Lister reported to the probation office and admitted to consuming methamphetamine on or about July 1, 2025. Mr. Listed signed a drug use admission form.

Prob12C
Re: Lister, Zebulion Ian
July 10, 2025
Page 2

| | | |
|---|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. | |

**Supporting Evidence**: Mr. Lister allegedly violated mandatory condition #1 on May 31, 2025, by committing Third Degree Theft, in violation of Revised Code of Washington (RCW) 9A.56.050, Sunnyside Municipal Court case number 5A0507948.

On 05/31/2025 at approximately 1959 hours, Sunnyside Police Department (SSPD) was dispatched to 2675 East Lincoln Avenue; Walmart, Sunnyside, WA 98944, in regard to a fraud. Loss prevention advised a suspect, later identified as Mr. Zebulion, took flowers from outside and went inside. He then grabbed a RV septic hose and water filter. He went to customer service and "returned" the water filter for a gift card. Mr. Zebulion then used the gift card to "purchase" the septic hose. Loss prevention advised the items taken were the flowers, septic hose, and the money returned from the water filter. Mr. Zebulion then left in a black 2007 Pontiac G6, bearing WA LIC #CRJ4401. SSPD located him and conducted a traffic stop. Mr. Zebulion matched the description provided by loss prevention, and the flowers were in the passenger floorboard. Mr. Zebulion gave consent to search and SSPD recovered the flowers and the RV septic hose. SSPD recovered the items and later returned them to Walmart. Mr. Zebulion was cited and released for third degree driving with a license suspended (DWLS) and third degree theft. Zebulion was released to his mom and dad who were both licensed drivers.

On July 8, 2025, a Sunnyside Municipal Court Judge established probable cause for third degree theft and third degree DWLS. Mr. Lister was released on his personal recognizance.

5    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Lister allegedly violated mandatory condition #1 on May 31, 2025, by Third Degree DWLS, in violation of RCW 46.20.342.1C, Sunnyside Municipal Court case number 5A0507949.

(See narrative in violation number 4.)

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition with the violations previously reported to the Court. Mr. Lister is scheduled to appear for an initial appearance before a Magistrate Judge on July 25, 2025, in Yakima, Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 10, 2025

s/Phil Casey

Phil Casey
U.S. Probation Officer


Prob12C

**Re: Lister, Zebulion Ian**
**July 10, 2025**
**Page 3**

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

7/10/2025

Date