PROB 12C
(6/16)

Report Date: July 24, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 24, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Zebulion Ian Lister | Case Number: 0980 1:22CR02006-MKD-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Yakima, Washington 98902 | |
| Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge | |
| Date of Original Sentence: May 7, 2024 | |
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Original Sentence: Prison - 30 months  TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Bree R. Black Horse | Date Supervision Commenced: April 3, 2025 |
| Defense Attorney: Federal Defenders | Date Supervision Expires: April 2, 2028 |

### PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition with the violations previously reported to the Court on July 1 and 10, 2025.

On April 7, 2025, a probation officer met with Mr. Lister and reviewed the conditions of supervision as outlined in the judgment. Mr. Lister indicated he understood the conditions of supervision, signed the judgment, and was provided with a copy of the document.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.
<br><br>**Supporting Evidence**: Mr. Lister is alleged to have violated special condition number 3 by being unsuccessfully discharged from inpatient treatment at James Oldham Treatment Center (JOTC) on July 23, 2025.
<br><br>**Supporting Evidence**: On July 23, 2025, U.S. probation received a phone call from Mr. Lister's counselor at JOTC. According to JOTC staff, Mr. Lister continued to test positive for methamphetamine and they suspect he was consuming controlled substances at the |

treatment center. Due to his positive drug tests, he was unsuccessfully discharged from JOTC on July 23, 2025.

Later the same day, Mr. Lister called this officer and reported he was discharged from JOTC because the level of methamphetamine in his drug tests only went down 2 nanograms per milliliter between the tests. At the time this petition was written, this officer does not have the discharge summary or lab reports for Mr. Lister's drug tests.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition with the violations previously reported to the Court. Mr. Lister is scheduled to appear for an initial appearance before a Magistrate Judge on July 25, 2025, in Yakima, Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 24, 2025

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

m. k. Dimke

Signature of Judicial Officer

7/24/2025
Date