# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2025

SEAN F. McAVOY, CLERK

ECF No 195

| U.S.A. vs. | Zebulion Ian Lister | Docket No. | 1:22CR02006-MKD-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Zebulion Ian Lister, who was placed under conditions of release by the Honorable U.S. Magistrate Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 29th day of July 2025, under the following conditions:

**Condition #3 (ECF 193):** If Defendant leaves before or during the transport to the treatment facility, after arrival to the treatment facility, or is terminated from treatment for any reason, the treatment facility personnel shall immediately notify the U.S. Probation/Pretrial Services officer, who shall in turn immediately notify the Court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Zebulion Ian Lister is alleged to be in violation of his pretrial release conditions by being unsuccessfully discharged from inpatient treatment at American Behavioral Health Services (ABHS) on or about August 13, 2025.

On August 12, 2025, U.S. Probation received a phone call from Mr. Lister's substance abuse counselor at ABHS in Spokane, Washington. According to ABHS staff, Mr. Lister violated several program rules: testing positive for methamphetamine, taking others property, and threatening other participants at ABHS. Due to his noncompliance, Mr. Lister is being unsuccessfully discharged from the inpatient treatment program. Mr. Lister will be provided a Greyhound bus ticket from Spokane, to Yakima, Washington, on August 13, 2025.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on: August 13, 2025 |
| by | s/Phil Casey |
|   | Phil Casey |
|   | U.S. Pretrial Services Officer |

Re: Lister, Zebulion
August 13, 2025
Page 2

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

8/13/2025
Date