PROB 12C
(6/16)

Report Date: August 27, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 28, 2025

SEAN F. McAVOY, CLERK

ECF No 207

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Zebulion Ian Lister | Case Number: 0980 1:22CR02006-MKD-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Yakima, Washington 98902 | |

Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: May 7, 2024

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Bree R. Black Horse | Date Supervision Commenced: April 3, 2025 |
| Defense Attorney: | Juliana M. Van Wingerden | Date Supervision Expires: April 2, 2028 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition with the violations previously reported to the Court on July 1, 10, and 24, 2025.

On April 7, 2025, a probation officer met with Mr. Lister and reviewed the conditions of supervision as outlined in the judgment. Mr. Lister indicated he understood the conditions of supervision, signed the judgment, and was provided with a copy of the document.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: Mr. Lister is alleged to have violated mandatory condition number 2, by possession a controlled substance, fentanyl, on August 23, 2025.<br><br>According to the Spokane County Sheriff's (SCS) narrative for case number 2025-10119354, the following occurred: On August 23, 2025, at around 19:03, SCS initiated a suspicious vehicle stop on a Silver Kia Sedona, which had no license plates. SCS contacted and identified Mr. Lister and he was taken into custody on his U.S. Marshals Service warrant.<br><br>A wallet was found in Mr. Lister's pant pocket when he was searched incident to arrest. Inside the wallet was a U.S. Social Security card belonging to another person, J.G. Prior to Mr. Lister being booked into Spokane County Jail, he was searched again and SCS discovered a white powdered substance consistent with fentanyl powder on Mr. Lister's person. |

Prob12C
**Re: Lister, Zebulion Ian**
**August 27, 2025**
Page 2

    SCS transported the white powdered substance and social security card to the Spokane Property Facility. The suspected fentanyl powder was booked for destruction, and the social security card was booked for safekeeping.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition with the violations previously reported to the Court. Mr. Lister is scheduled to appear for an detention hearing before a Magistrate Judge on August 29, 2025, in Yakima, Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 27, 2025

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

8/28/2025

Date